DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| In re Y.Q.M.<br><br>Case below:<br>177 N.C. App. 148 | No. 260P06 | Respondent's (Shanita Fryar) PDR Under N.C.G.S. § 7A-31 (COA05-989) | Denied<br>8/17/06 |
|---|---|---|---|
| Nello L. Teer Co. v. N.C. Dep't of Transp.<br><br>Case below:<br>175 N.C. App. 705 | No. 128P06 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA04-1615)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>8/17/06<br><br>2. Dismissed as Moot<br>8/17/06 |
| Revels v. Miss N.C. Pageant Org., Inc.<br><br>Case below:<br>176 N.C. App. 730 | No. 189P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-618) | Denied<br>8/17/06 |
| Russell v. Russell<br><br>Case below:<br>177 N.C. App. 462 | No. 325P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1261) | Denied<br>8/17/06 |
| Sable v. Sable<br><br>Case below:<br>177 N.C. App. 811 | No. 351P06 | Plt's Motion for Temporary Stay (COA05-664) | Denied<br>07/11/06 |
| State v. Anderson<br><br>Case below:<br>177 N.C. App. 54 | No. 250P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1038) | Denied<br>8/17/06 |
| State v. Bethea<br><br>Case below:<br>176 N.C. App. 767 | No. 362P06 | Defendant-Appellant's Petition for Writ of Habeas Corpus (COA05-866) | Denied<br>07/25/06 |
| State v. Browning<br><br>Case below:<br>177 N.C. App. 487 | No. 334P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-831) | Denied<br>8/17/06 |
| State v. Campbell<br><br>Case below:<br>177 N.C. App. 520 | No. 316P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-942) | Denied<br>8/17/06 |
| State v. Cartwright<br><br>Case below:<br>177 N.C. App. 531 | No. 326P06 | 1. Defendant-Appellant's NOA Based Upon a Constitutional Question (COA04-1688)<br><br>2. Defendant-Appellant's PDR | 1. Dismissed Ex Mero Motu<br>8/17/06<br><br>2. Denied<br>8/17/06 |